## FORD *v.* MAYOR AND COUNCIL OF MACON.

EVANS, P. J. The various legal questions involved in the interlocutory ruling are controlled by the case of *City Council of Augusta* v. *Clark*, 124 *Ga.* 254; and the evidence before the judge was such that he did not abuse his discretion in refusing a temporary injunction.

*Judgment affirmed. All the Justices concur.*

Decided February 16, 1910.

Petition for injunction. Before Judge Felton. Bibb superior court. March 27, 1909.

*M. G. Bayne, T. J. Cochran,* and *John P. Ross,* for plaintiff.

*Charles H. Hall Jr.,* for defendant.